```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mandela Brock,

                Plaintiff,

-against-

The City of New York et al.,

                Defendants.

1:21-cv-11094 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on January 28, 2022, the undersigned issued a Report and Recommendation and Order ("R&R") granting in part and denying in part Plaintiff's motion for leave to amend and stating that "Plaintiff may, within fourteen (14) days, file a Second Amended Complaint adding only Avo Shopping Company as a defendant, but not Valtzer, Thomas and Rodriguez," and that Plaintiff shall not include former Mayor DeBlasio as a defendant in this case (ECF No. 25); and

WHEREAS, on January 30, 2022, Plaintiff objected to the R&R (ECF No. 26); and

WHEREAS, on August 17, 2022, Judge Torres overruled Plaintiff's objections to the undersigned's resolution of the motion to amend (ECF No. 34).

NOW, THEREFORE, it is hereby ORDERED, as follows:

1. If Plaintiff chooses to file a Second Amended Complaint, he shall do so no later than September 1, 2022, and only shall name Avo Shopping Company as an additional defendant, and shall remove former Mayor DeBlasio as a defendant.

2. No later than October 1, 2022, the City of New York shall respond to Plaintiff's operative complaint, which shall be either the Second Amended Complaint, if timely

filed in accordance with paragraph 1 above, or, if not, the First Amended Complaint (ECF No. 11).

**SO ORDERED.**

Dated:     New York, New York
           August 18, 2022

_____
STEWART D. AARON
United States Magistrate Judge

2