```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANDELA BROCK,

                Plaintiff,

           -against-

CITY OF NEW YORK; MAYOR ERIC ADAMS,

                Defendants.

21 Civ. 11094 (AT) (SDA)

**ORDER**

ANALISA TORRES, District Judge:

    On September 30, 2022, Defendants filed a motion to dismiss. ECF No. 37. Defendants did not file a pre-motion letter in accordance with the Court's Individual Practices in Civil Cases. Defendants are directed to follow the procedures set forth in Rules III.A and III.B of the Court's Individual Practices in Civil Cases. Accordingly, by **October 11, 2022**, Defendants shall submit their pre-motion letter or otherwise respond to Plaintiff's second amended complaint.

    The Clerk of Court is directed to strike the motion to dismiss and related filings at ECF Nos. 37–40.

    SO ORDERED.

Dated: October 3, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge