```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mandela Brock,

                Plaintiff,

-against-

The City of New York et al.,

                Defendants.

1:21-cv-11094 (AT) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

No later than November 1, 2022, Plaintiff shall file his opposition to Defendants' motion to dismiss the Second Amended Complaint filed at ECF No. 44.

No later than November 14, 2022, Defendants shall file any reply.

**SO ORDERED.**

Dated:    New York, New York
            October 18, 2022

_____
STEWART D. AARON
United States Magistrate Judge