UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mandela Brock,

                Plaintiff,

-against-

The City of New York et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2022

1:21-cv-11094 (AT) (SDA)

**AMENDED ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court notes the briefing schedule set by Judge Torres at ECF No. 43 with respect to Defendants' motion to dismiss the Second Amended Complaint filed at ECF No. 44 and hereby extends the deadline for Plaintiff to file his opposition to November 1, 2022.

No later than November 14, 2022, Defendants shall file any reply.

SO ORDERED.

Dated:    New York, New York
            October 19, 2022

_____
STEWART D. AARON
United States Magistrate Judge