```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/31/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANDELA BROCK,

            Plaintiff,

-against-

THE CITY OF NEW YORK; Eric Adams (in his personal Capacity), THE AVO SHOPPING COMPANY,

            Defendants.

21 Civ. 11094 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 10, 2023, the Court dismissed *pro se* Plaintiff's claims against Defendants the City of New York and Eric Adams, in his personal capacity, without prejudice. ECF No. 54. On July 28, 2023, the Court dismissed *pro se* Plaintiff's claims against Defendant the Avo Shopping Company without prejudice. ECF No. 58.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se* and close the case.

    SO ORDERED.

Dated: July 31, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge